FILED

12/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0319

_____

JANICE M. DODDS,

      Plaintiff and Appellant,

   v.

GREGORY S. TIERNEY, M.D., BENEFIS
HEALTH SYSTEM, and JOHN and JANE
DOES I-IV,

      Defendants and Appellees.

                 O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John A. Kutzman, District Judge.

                           For the Court,

                                     Electronically signed by:
                                     Mike McGrath
                    Chief Justice, Montana Supreme Court
                                 December 20 2023